[No. 33644-4-I.   Division One.   August 15, 1994.]

*In the Matter of the Marriage of* JAMES F. BROWN, *Appellant, and* NADINE M. BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-01705-2, Dale B. Ramerman, J., entered October 22, 1993. *Affirmed* by unpublished opinion per Agid J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 29385-1-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN JAMES TARVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-06080-9, Arthur E. Piehler, J., entered November 6, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.

[No. 32060-2-I.   Division One.   August 15, 1994.]

*In the Matter of the Marriage of* LIBBY I. ROBBINS, *Respondent, and* DANIEL M. ROBBINS, *Appellant.*

Appeal from a judgment of the Superior Court for What com County, No. 86-3-00656-7, Michael F. Moynihan, J. entered December 28, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Scholfield and Becker, JJ.